# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Shannon Perry, on her own behalf,**
**and on behalf of her son, A.M.**

**Plaintiff**

vs.

**Lorain City School District,**

**Defendant.**

CIVIL FILE NO: 1:20 cv 01187

JUDGE SOLOMON OLIVER JR.

NOTICE OF DISMISSAL

Now come Plaintiffs, Shannon Perry, on her own behalf and on behalf of A.M. by and through counsel, and give Notice of their Dismissal of the within action pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
8/25/2020

Respectfully submitted,

*/s/ Michelle K. McGuire*
_____
Michelle K. McGuire (0076553)
PO Box 81804
Cleveland, Ohio 44181
(440) 396-7844
Michelle.attorney@gmail.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal was sent by this Court's electronic system on the 25th day of August, 2020. Parties may access this filing through the Court's system.

*/s/ Michelle K. McGuire*
_____
Michelle K. McGuire

1